UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,[2] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-00252-MRA-SSC <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed. The Court

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1  accepts the findings and conclusions of the Magistrate Judge in the
2  Report and Recommendation.
3      IT IS ORDERED that Judgment be entered remanding this
4  matter for further administrative proceedings consistent with this
5  Report.

7  DATED:  December 30, 2024

10      HONORABLE MÓNICA RAMÍREZ ALMADANI
        UNITED STATES DISTRICT JUDGE