JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN,[2] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-00252-MRA-SSC <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1  ADJUDGED that the decision of the Commissioner is reversed and
2  remanded for further proceedings consistent with the Report.
3
4  DATED: December 30, 2024
5
6  _____
7  HONORABLE MÓNICA RAMÍREZ ALMADANI
   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28