UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA R.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[2] <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-00252-MRA-SSC <br><br> **ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, IT IS ORDERED that fees in the amount of SIX THOUSAND EIGHT

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1   HUNDRED SIXTY-SEVEN DOLLARS AND NINETY CENTS
2   ($6,867.90), as authorized by 28 U.S.C. § 2412(d), be awarded subject to
3   the terms of the stipulation.  Fees shall be made payable to Plaintiff's
4   counsel, Harvey P. Sackett, in the event that Plaintiff does not owe a
5   federal debt.

7   Dated: March 06, 2025

    _____
    HON. MÓNICA RAMÍREZ ALMADANI
    UNITED STATES DISTRICT JUDGE

13  Presented by:

    _____
    HONORABLE STEPHANIE S CHRISTENSEN
    UNITED STATES MAGISTRATE JUDGE